**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-50195
Summary Calendar


SUSAN HOWARD,

Plaintiff-Appellant,


VERSUS


TEXAS DEPARTMENT OF CRIMINAL JUSTICE-
INSTITUTIONAL DIVISION,

Defendant-Appellee.


Appeal from the United States District Court
For the Western District of Texas
SA-01-CV-200

July 18, 2002

Before DAVIS, BENAVIDES, and CLEMENT Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons assigned in its thorough January 22, 2002 order.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.